HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
916-498-5700/Fax 916-498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-00070-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | APPLICATION FOR AND [proposed] ORDER APPOINTING COUNSEL |
| vs. | ) ) | |
| VIVIAN LOUIE, | ) ) | |
| Defendant. | ) ) ) | |

VIVIAN LOUIE , hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Attorney, to represent her in this case.

Ms. Louie's case has been transferred on a Rule 20 to this District from the Southern District of Florida and assigned the above case number. She was referred to the Federal Defender's Office. The Federal Defender's Office has received a financial affidavit that indicates that Ms. Louie qualifies for appointed counsel. The Federal Defender's Office is respectfully requesting appointment to represent Ms. Louie.

DATED: May 6, 2015

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ Rachelle Barbour
                                                RACHELLE BARBOUR
                                                Attorney

US v. LOUIE, Cr. S. 15-0070-JAM
APPLICATION FOR AND ORDER APPOINTING COUNSEL

ORDER

Having satisfied the Court that she is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

DATED: May 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE