1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org
5  916-498-5700/Fax 916-498-5710

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )  Case No.  2:15-CR-00070-JAM
                                     )
10        Plaintiff,                 )  STIPULATION AND ORDER TO MODIFY
                                     )  DEFENDANT'S CURFEW FOR JUNE 12, 2015
11  vs.                              )
                                     )
12  VIVIAN LOUIE,                    )
                                     )
13        Defendant.                 )
                                     )
14  _____  )

15

16        IT IS HEREBY STIUPLATED by Assistant United States Attorney CHRISTAAIN

   HIGHSMITH and Attorney RACHELLE BARBOUR, attorney for VIVIAN LOUIE, that the
17
   defendant's curfew for June 12, 2015 be modified for her to attend her daughter's graduation in
18
   Alameda, California, celebrate with family, and return to her home in Tracy, California  by
19
   midnight (12:00 a.m., June 13, 2015).   Pretrial Service Officer Renee Basurto has been notified
20
   and concurs with the modification of conditions.  All other conditions are to remain as ordered.
21
   Dated:  June 8, 2015
22
                                          Respectfully submitted,
23
                                          HEATHER E. WILLIAMS
24                                        Federal Defender

25                                        /s/ Rachelle Barbour
                                          RACHELLE BARBOUR
26                                        Attorney

27  / / /

28
   US v. LOUIE, Cr. S. 15-0070-JAM
   Stipulation to modify conditions of release

1   Dated:  June 8, 2015

2                                       BENJAMIN A. WAGNER
                                       United States Attorney

3

4

5                                  /s/ Rachelle Barbour for
                                  CHRISTIAAN HIGHSMITH
                                  Assistant United States Attorney

6

7

8                              ORDER

9

10       IT IS HEREBY ORDERED that Louie's curfew be modified for June 12, 2015 to June

13, 2015 at 12:00 a.m.,  as set forth above.   All other conditions of release are to remain as

ordered.

DATED:  June 8, 2015.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

US v. LOUIE, Cr. S. 15-0070-JAM
Stipulation to modify conditions of release