HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
916-498-5700/Fax 916-498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:15-CR-00070-JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO MODIFY |
| ) | DEFENDANT'S CONDITIONS OF RELEASE |
| vs. ) | |
| ) | |
| VIVIAN LOUIE, ) | Judge:  Hon. Edmund F. Brennan |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIUPLATED by Assistant United States Attorney CHRISTIAAN HIGHSMITH and Attorney RACHELLE BARBOUR, attorney for VIVIAN LOUIE, that the following conditions of release be REMOVED:

HOME CONFINEMENT PROGRAM: The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which will be paid for by Pretrial Services; and

CURFEW: You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m., or as directed by the Court.

The defendant has been fully compliant with all of her Pretrial Services Conditions, and has not violated the curfew or home monitoring since her release on February 18, 2015.

//

US v. LOUIE, Cr. S. 15-0070-JAM
Stipulation to modify conditions of release

Pretrial Service Officer Renee Basurto concurs with the removal of these two conditions at this time.  All other conditions are to remain as ordered.

Dated:  July 14, 2015

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

          /s/ Rachelle Barbour
          RACHELLE BARBOUR
          Attorney

Dated:  July 14, 2015

          BENJAMIN A. WAGNER
          United States Attorney

          /s/ Rachelle Barbour for
          CHRISTIAAN HIGHSMITH
          Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Ms. Louie's home confinement and curfew conditions be removed.   All other conditions of release are to remain as ordered.

DATED:  July 14, 2015.

          EDMUND F. BRENNAN
          UNITED STATES MAGISTRATE JUDGE

US v. LOUIE, Cr. S. 15-0070-JAM
Stipulation to modify conditions of release