HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
916-498-5700/Fax 916-498-5710

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-CR-00070-JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITIONS OF RELEASE |
| vs. | ) ) | |
| VIVIAN LOUIE, | ) | Judge:  Hon. Carolyn K. Delaney |
| Defendant. | ) ) ) | |

     IT IS HEREBY STIUPLATED by Assistant United States Attorney CHRISTIAAN HIGHSMITH and Attorney RACHELLE BARBOUR, attorney for VIVIAN LOUIE, that Ms. Louie be permitted to change her residence.  Pretrial Services has the address in Alameda to which Ms. Louie will be moving.  She is already on the lease and lived at that residence prior to her arrest.  She wishes to return to that residence on November 1, 2015.

     Pretrial Services proposes the following modified condition "q":  "You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer."

//

//

US v. LOUIE, Cr. S. 15-0070-JAM
Stipulation to modify conditions of release

The defendant has been fully compliant with all of her Pretrial Services Conditions. Pretrial Service Officer Renee Basurto concurs with this modification. All other conditions are to remain as ordered.

Dated:  September 15, 2015

                                    Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Attorney

Dated:  September 15, 2015

                                    BENJAMIN A. WAGNER
                                    United States Attorney

                                    /s/ Rachelle Barbour for
                                    CHRISTIAAN HIGHSMITH
                                    Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that Ms. Louie be permitted to move to her home in Alameda by November 1, 2015.  Condition "q" is modified as set forth above.  All other conditions of release are to remain as ordered.

Dated:  September 16, 2015

                                    CAROLYN K. DELANEY
                                    UNITED STATES MAGISTRATE JUDGE