1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  RACHELLE BARBOUR, #185395
   Attorney
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   rachelle.barbour@fd.org
5  916-498-5700/Fax 916-498-5710

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
        UNITED STATES OF AMERICA,        )  Case No.  Cr. S. 15-0070-JAM _____
10                                        )
            Plaintiff,                    )
11                                        )  MOTION FOR EXONERATION OF CASH
            v.                            )  BOND; ORDER
12                                        )
        VIVIAN LOUIE,                     )  Judge:  Hon. Kendall J. Newman _____
13                                        )
            Defendant.                    )
14                                        )
        _____   )
15

16         On February 23, 2016, Ms. Louie was sentenced by District Judge John A. Mendez to

17  time served and a term of supervised release.  Her family member, Salvador Zaragoza,

18  previously posted a cash bond in the amount of $2,500 on February 12, 2015 to secure her

19  release in case number Mag. 15-2065-EGT in the Southern District of Florida, where she was

20  arrested.  (Exh. A.)   That court's minute entry from January 29, 2015 ordering the bond is

21  attached.  (Exh. B.)

22         Ms. Louie's case was transferred to the Eastern District of California via Rule 20 of the

23  Federal Rules of Criminal Procedure.  It appears that the cash bond posted in the Southern

24  District of Florida was never transferred with the case and remains with the Clerk's Office in that

25  district.  Ms. Louie complied with all terms of pretrial supervision and made all her court

26  appearances as required.  That bond must now be exonerated and returned to Ms. Louie and her

27  family.

28
   US v. LOUIE, Cr. S. 15-0070-JAM
   Motion/Order Exonerating Bond

For the Court's convenience, a proposed order is attached.  It is respectfully requested that the Order be served on the Clerk's Offices in both the Eastern District of California and the Southern District of Florida.  To protect the personal information of Ms. Louie and her family, it is requested that the check returning the bond be made out to Salvador Zaragoza and returned to the Federal Defender's Office.

Dated:  March 23, 2016

> Respectfully submitted,
>
> HEATHER E. WILLIAMS
> Federal Defender
>
> /s/ Rachelle Barbour
> RACHELLE BARBOUR
> Attorney

## ORDER

The bond in the amount of $2,500 previously posted by Salvador Zaragoza in the Southern District of Florida in case number Mag. 15-2065-EGT to secure Ms. Louie's release is hereby EXONERATED.  That amount is ordered returned to Salvador Zaragoza care of Rachelle Barbour at the Federal Defender's Office, 801 I St., 3rd Floor, Sacramento, CA 95814.  This Order is to be served on the Clerk's Offices in both the Eastern District of California and the Southern District of Florida.

IT IS SO ORDERED.

Dated:  March 23, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

US v. LOUIE, Cr. S. 15-0070-JAM
Motion/Order Exonerating Bond